# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JALYN K. BAKER,**

    **Plaintiff,**

v.                                          Case No. 1:23-cv-3-AW-MJF

**D. RATHEL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal based on Plaintiff's failure to comply with a court order. ECF No. 31. There has been no objection. It does appear that Plaintiff has abandoned this litigation. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims against Defendant Sapp are dismissed for failure to exhaust. Defendant's claims against Defendant Rathel are dismissed without prejudice for failure to prosecute." The clerk will then close the file.

SO ORDERED on February 22, 2024.

                                             s/ *Allen Winsor*
                                             United States District Judge